LENA DVORKIN, Appellant, *v.* COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.

Argued April 24, 1940; decided May 21, 1940.

*Samuel R. Rudey* and *Robert I. Rogin* for appellant.

*Charles J. Nehrbas* and *Henry C. Moses* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.